ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 29 2020 ★
BROOKLYN OFFICE

RECEIVED
OCT 29 2020
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Dontra Ballard

Plaintiff,

[Insert full name of plaintiff/prisoner]

CV 20 5241

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

BRODIE, J.

LOCKE, M. J.

JURY DEMAND

YES ✓ NO ______

-against-

James Dzurenda (Sheriff)
Unknown SERT Team
Unknown Sert Team

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** Dontra Ballard

If you are incarcerated, provide the name of the facility and address:

Nassau county Jail
100 Carman Ave
Eastmeadow, New York 11554

Prisoner ID Number: ID# 19006389

If you are not incarcerated, provide your current address:

________________________________________

________________________________________

________________________________________

Telephone Number: ________________________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

James Dzurenda
Full Name

Sheriff
Job Title

100 Carman Ave
East Meadow, NY 11554
Address

Defendant No. 2

Unknown
Full Name

Nassau County S.E.R.T Team
Job Title

100 Carman Ave
East Meadow, NY 11554
Address

Defendant No. 3

Unknown
Full Name

Nassau County S.E.R.T Team
Job Title

100 Carman Ave

East meadow NY 11554
Address

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

**II. Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Nassau County Jail Medical unit D-2-D 7 outside Hallway

When did the events happen? (include approximate time and date) 6-18-20 Between the Hours of 3 and 5pm

Facts: (what happened?) See Attached papers

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

On June 19th, 2020 A M.R.I was done on My Right Shoulder And Showed A Fracture And Torn Muscle in Right Shoulder physical Theraphy And Surgery is also To be needed.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I request Damages in the amount of $10,000,000.00 For The life time of medical care that will be required. in addition to the past, present And Future Pain and suffering From my injuries and Future Possible surgical procedures.

I declare under penalty of perjury that on 6-22-20 (date), I delivered this complaint to prison authorities at Nassau County Jail (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-28-20

J Ballard
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility or Address if not incarcerated

100 Carman Ave.
East meadow, NY 11554

Address

CC# 19006389
Prisoner ID#

rev. 12/1/2015

On May 26th, 2020 I was brought to the nurse at 10:pm due to my Shoulder hurting me From an earlier rec period. The nurse on duty Stated that my Shoulder is dislocated and She can not place it back. I was sent to Nassau University Medical Center where they took X-Rays And My right Shoulder was later put back in place on May 27th, 2020 at 2:am. Since May 27th, 2020 I've received An X-Ray And Continuous physical Theraphy until The present day. On June 11th, 2020 while housed in D-2-D7 Bed (c) I was ordered out OF my room by multiple S.E.R.T OFFicers who are unknown to me. Two OF The OFFicers advised me to place my hands on the wall above my head. At that time infront OF my Two cell mates (K. Grafton And M. Orlando) I advised the unknown S.E.R.T OFFicers That I was unable to lift my right Shoulder due to a previous dislocation The OFFicer unknown "A" Told me to Shut up And took control OF my hands And Forced them High onto the wall at this time I Felt a rip And pop From my Shoulder as I yelled out in pain. They proceeded to handcuff me behind my back And placed me in our rec-room handcuffed behind my back For over 30 minutes To A hour. On June 18th, 2020 This Same Situation occured again From The S.E.R.T OFFicers And once again They ignored my Complaint OF pain caused by Them On June 19th, 2020 I was taken to (N.U.M.C) For an M.R.I OF my injured right Shoulder.

On June 22nd 2020 Dr. J. Henig advised me that the M.R.I Showed that I have Torn muscles And a Hill Sachs Fractur That would require Surgery. On July 16th 2020 I was removed From the Jails medical unit (D-2-D) Back to general population without my right Shoulder Fully Healed And at 10:am on Housing unit E-2-B I was involved in a physical altercation where officers maced And Slammed me to the ground penning my right arm underneath my body Then pulling And Twisting it to cuff my arms behind my back as I Screamed about my Shoulder I Felt a rip And pop.

Supreme Court of The State of New York
Appellate Division, Second Judicial department

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 29 2020 ★
BROOKLYN OFFICE

In The Matter of The Application of

Dontra Ballard, petitioner — Informa paupers

-Against- — Affidavit in support

cc#19006389 Index no:

James Dzurenda, Sheriff of The County of Nassau

State of New York } ss.:
County of Nassau }

Dontra Ballard, being duly Sworn, deposes and Says That:

1. I am the petitioner in the above entitled action, and as Such, am Fully Familiar with all the Facts and Circumstances herein.
2. I make this affidavit in support of the instant petition which seeks permission to proceed as a poor person.
3. That I am an inmate, presently housed at the Nassau County Correctional Center located at 100 Carman Avenue, East meadow, New York 11554.
4. I am presently in the care, custody and Control of Jame Dzurenda, Sheriff of The Nassau County Correctional Center awaiting Trial.
5. I am unable to pay the costs, Fees and Expenses Necessary For this petition.
6. I do not own any Stocks, bonds, Savings or Checking Account(s)

7. I do not own any realproperty or anything that would be considered of value, and no other person has a beneficiary interest in the outcome of this petition.

8. No other request for the relief sought after, has been made in this court or any other court.

Wherefore, petitioner respectfully ask for an order pursuant to CPLR 1101 granting him permission to proceed as a poor person in the entitled action and for such other relief as this court may deem just and proper.

Respectfully Submitted

[signature]
petitioner
CC# 19006389
100 Carman Ave
East Meadow, NY 11554

Sworn to before me this 27th
Day of July 2020

[signature]
Notary Public

ROBERT EMMET HOLMES
Notary Public, State of New York
No. 01HO6371128
Qualified in Nassau County
Commission Expires February 20, 2022

Dextro Ballard
CC#19006379
E-1-E Sr
100 Carman Ave
East Meadow, NY 11554

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 29 2020 ★
BROOKLYN OFFICE

RECEIVED
OCT 29 2020
PRO SE OFFICE

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

Morgan P&DC NY 10001
WED 07 OCT 2020 05:10 PM
$006.40
First-Class Mail

To: United States District Court
To: Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office