**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

April 17, 2026

**VIA PACER**
Honorable Magistrate Judge James M. Wicks
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Ballard v. Dzurenda et al* Docket No. 2:20-cv-05241-MKB-JMW

Dear Your Honor,

The undersigned requests to have his representation removed from this case. Defendants Sheriff James Dzurenda, Sergeant Peter Lilli (Shield #139), Corporal Emmanuel Boudouris (Shield #370), Corporal Robert Imhof (Shield #296), Corrections Officer Paul Voight (Shield #2159), Corrections Officer Matthew Grange (Shield #2619), Corrections Officer Alfonzo Incammaicia (Shield #2723), Corrections Officer Robert Murray, III (Shield #2897), Corrections Officer Joseph Greco (Shield #2719), Corrections Corporal Joseph Ganun (Shield #358), Corrections Officer Kieran Kirk (Shield # 3063), Corrections Officer Brian Herold (Shield #3186), and Captain Donnahue, are already being represented by Steven Dalton of the Nassau County Attorney's Office.

As always, we thank the Court for its time, patience, and consideration.

Respectfully submitted,

Nicholas Zotto

Nicholas Zotto, Esq.
Deputy County Attorney

To: via electronic mail

Joel Abbott Wertheimer
Wertheimer Fleder LLP
14 Wall Street
Suite 4c
10005
New York, NY 10005

646-720-1098
Email: joel@wfllp.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Leigh Nathanson
King & Spalding LLP
1290 Avenue of the Americas Fl 14
New York, NY 10104
212-790-5359
Fax: 212-556-2222
Email: lnathanson@kslaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Aishling Fitzpatrick
King & Spalding LLP
1290 Avenue of the Americas Fl 14
New York, NY 10104
212-556-2100
Email: afitzpatrick@kslaw.com
ATTORNEY TO BE NOTICED

Mara Fleder
Wertheimer Fleder LLP
14 Wall Street
Ste 4c
New York, NY 10005
646-344-4212
Email: mara@wfllp.com
ATTORNEY TO BE NOTICED

Marisa L. Manzi
King & Spalding LLP
1290 Avenue of the Americas Fl 14
New York, NY 10104
212-827-4078
Email: mmanzi@kslaw.com
ATTORNEY TO BE NOTICED